McGREGOR W. SCOTT
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
Rm. 4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO.: 1:06-cr-00363-AWI |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE |
| v. | ) | STATUS CONFERENCE HEARING AND |
| | ) | ORDER THEREON |
| ALDOLFO MAGANA, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

   IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel, that the status conference currently set for **January 7, 2008** may be continued to **January 28, 2008 at 9:00 a.m.**

   This request is being made due to discovery issues that are in the process of being resolved and additional time is needed to get these items to defense counsel to assist in the investigation and preparation of this matter. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of

//

//

//

//

//

1

1 | time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F),
2 | 3161(h)(8)(A), and 3161(h)(8)(B)(i).

3 | Dated: January 2, 2008                                 McGREGOR W. SCOTT
                                                          United States Attorney

5 |                                                       By: /s/ Laurel J. Montoya
                                                          LAUREL J. MONTOYA
6 |                                                       Assistant U.S. Attorney

8 | Dated: January 2, 2008                                /s/ Ann H. Voris
                                                          ANN H. VORIS
9 |                                                       Attorney for Defendant Magana

11 | Dated: January 2, 2008                               /s/ Robert Forkner
                                                          ROBERT FORKNER
12 |                                                      Attorney for Defendant Andrade

ORDER CONTINUING HEARING DATE

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(I).

IT IS SO ORDERED.

**Dated:   January 4, 2008**                              /s/ Anthony W. Ishii
                                                          UNITED STATES DISTRICT JUDGE