HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
Steven Paul Garcia

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　*Plaintiff,*<br><br>　vs.<br><br>ADOLFO MAGANA,<br><br>　　　　*Defendant.* | No. 1:06-cr-00363 AWI<br><br>STIPULATION TO CONTINUE SENTENCING,  ORDER THEREON<br><br>Date:　August 11, 2014<br>Time:　10:00 a.m.<br>Judge: Hon. Anthony W. Ishii |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, LAUREL J. MONTOYA, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Adolfo Magana, that the date for sentencing in this matter may be continued to **August 11, 2014, at 10:00 a.m.**, or the soonest date thereafter that is convenient to the court.  Sentencing is currently scheduled for **June 23, 2014, at 10:00 a.m.**

　　　This continuance is requested to allow for additional defense investigation prior to sentencing.  The government does not object to this requested continuance.

///

///

///

The parties agree that any delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C.§§ 3161(h)(7)(A) and 3161(B)(iv).  For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

                                          BENJAMIN B. WAGNER
                                        United States Attorney

DATED: June 19, 2014          By:    */s/ Laurel J. Montoya*
                                                        LAUREL J. MONTOYA
                                                         Assistant U. S. Attorney
                                                         Attorney for Plaintiff

                                        HEATHER E. WILLIAMS
                                        Federal Defender

DATED: June 19, 2014          By:    */s/ Eric V. Kersten*
                                                            ERIC V. KERSTEN
                                                          Assistant Federal Defender
                                                          Attorney for Defendant
                                                         Adolfo Magana

O R D E R

IT IS SO ORDERED. The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(B)(iv).

IT IS SO ORDERED.

Dated:  June 19, 2014                                                             
                                               SENIOR  DISTRICT  JUDGE